IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 4:21-CR 313 |
| | § | Judge Jordan |
| ROBERT TYRONE ADAMS JR. | § | |

**INDICTMENT**

The United States Grand Jury Charges:

**COUNT ONE**

FILED
NOV 10 2021
Clerk, U.S. District Court
Texas Eastern

Violation: 18 U.S.C. § 922(a)(1)(A)
(Engaging in the Business Without a License (Firearms)

From on or about the August 1, 2021 and continuing up to and including the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere, the defendant, ROBERT TYRONE ADAMS JR., not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of committing the felony offense in violation of 18 U.S.C. § 922(a)(1)(A) alleged in Count One of this Indictment, defendant, ROBERT TYRONE

ADAMS JR., shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C § 2461(c), all firearms and ammunition involved in the offense, including but not limited to the following:

1. Glock, 30S, .45 caliber pistol, bearing serial number: BUSY367;
2. Smith & Wesson, SD9 VE, 9mm pistol, bearing serial number: FDA9057; and
3. Any ammunition related to the case.

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: 11/10/2021

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR |
| | § | Judge |
| ROBERT TYRONE ADAMS JR. | § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 922(a)(1)(A)

Penalty:  Imprisonment of not more than five years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00