| | |
|---|---|
| DATE: | 8/12/2022 |
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | M. Petty |
| INTERPRETER: | N/A |
| BEGIN/END: | 9:05 a.m. / 9:14 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:21-CR-00313-1

USA v. Robert Tyrone Adams Jr.

_Lesley Brooks_
AUSA

_Frank Henderson_
Defense Attorney

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn     ☐ Interpreter Required

☑ Dft appears: ☐ with counsel ☑ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

☑ Date of arrest __8/12/22__     (Other district court & case #) _____

☑ Defendant ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☑ Federal Public Defender appointed
Attorney: _Frank Henderson_

☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.

☑ Defendant requests appointed counsel, is sworn and examined re: financial status.

☑ Financial affidavit executed by defendant.
The court finds the defendant is ☐ able to employ counsel ☑ unable to employ counsel.

☐ _____ appointed     ☑ U.S. Pub Defender _Frank Henderson_ appointed

☐ If defendant cannot retain counsel, the Court is to be advised within ___ days so counsel may be appointed.

☐ Govt motion for detention ☐ Govt oral motion for continuance     ☐ Oral Order granting ☐ Oral Order denying

☐ Defendant oral motion to continue detention hearing     ☐ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☐ Detention Hrg set _____     ☐ Temp Detention Order Pending Hearing

☑ Ordering setting conditions of release ☐ Bond executed

☐ Defendant signed Waiver of Detention Hearing.

☐ Defendant remanded to custody of United States Marshal

☐ Defendant motion _____

**FILED**
AUG 12 2022
Clerk, U.S. District Court
Texas Eastern

☐ Government motion _____

_____

_____

## ARRAIGNMENT

☑ Arraignment held

☑ Dt appears with counsel

☑ Dft ☑ sworn
     ☑ received copy of charges     ☑ discussed charges with counsel     ☐ charges read
     ☑ waived reading of charges

☑ Dft enters a plea of ☑ not guilty
To _Count 1 of the Indictment_____

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conferences/jury selection and trial setting on: __SDJ 10/3/2022_____ Pretrial Date: _____

☑ _Rule 5f order_____

☐ _____

☐ Df remanded to custody USM    ☑ Dft RELEASED on conditions of release after out-processing by USM

☐ Recess _____