IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR-313 |
| | § | Judge Jordan / Judge Durrett |
| ROBERT TYRONE ADAMS JR. | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Indictment with violations of 18 U.S.C. § 922(a)(1)(A), Engaging in the Business Without a License (Firearms). The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. The defendant was not licensed to deal firearms

2. The defendant willfully engaged in the business of dealing firearms.

Respectfully submitted,

DAMIEN M. DIGGS
United States Attorney
Eastern District of Texas

*/s/Matthew T. Johnson*
Matthew T. Johnson
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
(903) 868-9454
(903) 892-2792 (fax)
Matthew.Johnson2@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that I filed a true and correct copy of this document through the district court's Case Management/Electronic Case File ("CM/ECF") system on October 10, 2023. All case participants should have received notice of the filing through the CM/ECF system.

                                                   /s/ Matthew T. Johnson
                                                   MATTHEW T. JOHNSON