IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR-313 |
| | § | Judge Jordan |
| ROBERT TYRONE ADAMS JR. | § | |

## FACTUAL BASIS

The defendant, ROBERT TYRONE ADAMS JR., hereby stipulates and agrees that at all times relevant to the Indictment, the following facts were true:

1. I am the same person charged in the Indictment, and I am pleading guilty to Count One, Engaging in the Business Without a License (Firearms).

2. The events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. I am not currently, nor have I ever been licensed to deal firearms within the meaning of Chapter 44, Title 18 United States Code.

4. From on or about August 1, 2021 through on or about November 10, 2021, I willfully engaged in the business of dealing firearms. During that time period I sold approximately 70 firearms for profit.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read or had read to me this factual basis and have discussed it with my attorney. I fully understand the contents of it and agree without reservation that it

accurately describes the events and my acts.

Dated: 10/2/23

_____
ROBERT TYRONE ADAMS JR.
Defendant

### DEFENDANT'S COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with the defendant. Based upon my discussions with the defendant, I am satisfied that the defendant understands it.

Dated: 10/2/23

_____
BRIAN O'SHEA
Attorney for the Defendant

Factual Basis - Page 2